Fourth Appellate Department, June, 1900. Reported. 52 App. Div. 635.

HENRY H. LYMAN, as State Commissioner of Excise, Respondent, against THOMAS H. CHEEVER and Another, Appellants.

Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw the demurrer and answer upon payment of the costs of this appeal and of the demurrer. ·

All concurred.